FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2021

No. 04-21-00010-CV

Marcos **MORALES**,
Appellant

v.

**EGZ, LLC**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0298
Honorable Bill Squires, Judge Presiding

# O R D E R

Appellant's brief was originally due on April 26, 2021. Appellant has been granted one extension of time, until June 4, 2021. Neither the brief nor a motion for extension of time has been filed.

Therefore, we ORDER appellant to file, no later than June 28, 2021, his brief and a written response reasonably explaining (1) his failure to timely file the brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by June 28, 2021, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2021.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court